IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONIX, INC., | No. C 06-2201 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| LANCE TOKUDA, et al., | |
| Defendants. | |

On June 9, 2006, Defendant Netpickle, Inc. filed a Motion pursuant to Civil Local Rule 6-3 for an Order Extending the Time for Briefing and Hearing on Plaintiff Iconix, Inc.'s Motion for Preliminary Injunction. Ordinarily, pursuant to Civil Local Rule 6-3(c), Plaintiff would have until June 14, 2006 to respond to Defendant's Motion. However, given the nature of the timing concerns that both parties have expressed,

IT IS HEREBY ORDERED THAT Plaintiff shall file a response to Defendant's administrative Motion [Docket No. 34] **no later than June 13, 2006 at 8:30 a.m.**

IT IS SO ORDERED.

Dated: 6/12/06

SAUNDRA BROWN ARMSTRONG
United States District Judge