**EXHIBIT A**

1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   MICHAEL APARICIO (STATE BAR NO. 206300)
    maparicio@orrick.com
3   DANIEL J. WEINBERG (STATE BAR NO. 227159)
    dweinberg@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:    650-614-7400
6   Facsimile:    650-614-7401

7   Attorneys for Defendants
    LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC., <br><br> Defendants. | Case No.  C06-02201 SBA (JCS) <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL L.R. 79-5(d)** <br><br> Date: <br> Time: <br> Judge:    Hon. Saundra Brown Armstrong |

**EXHIBIT A**

1  This matter came before the Court on the Administrative Motion of Plaintiff Iconix, Inc., pursuant to Civil Local Rule 79-5(d), for an Order Sealing Exhibits B and G of the Declaration of Kenneth A. Kuwayti in support of Iconix's Opposition to Defendants' Motion to Extend Time. Having considered the pleadings and papers on file, the Court HEREBY ORDERS that the motion is GRANTED, as follows:

    (1)    Exhibits B and G of the Declaration of Kenneth A. Kuwayti shall be filed under seal; and

    (2)    Only the Court and court personnel may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Dated: June 21, 2006

                                                Honorable Saundra B. Armstrong
                                                United States District Judge