UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LANCE TOKUDA, JIA SHEN, NETPICKLE, INC.,<br><br>　　　　　　Defendants. | Case No.　C-06-02201 SBA (JCS)<br><br>**ORDER RE ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL VERSIONS OF EXHIBITS D AND J TO THE WAN DECLARATION IN SUPPORT OF ICONIX, INC.'S SUPPLEMENTAL OPENING BRIEF ON ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　Hon. Saundra B. Armstrong |

      This matter comes before the Court on an administrative motion to file under seal confidential versions of Exhibits D and J to the Declaration of Dan Wan in Support of Iconix, Inc.'s ("Iconix") Supplemental Opening Brief on Its Motion for Preliminary Injunction, filed June 30, 2006.  Having considered Iconix's request, as well as the pleadings and materials lodged and filed in this matter, the Court finds that there is good cause to file Exhibits D and J to the Wan Declaration under seal.  Plaintiff's administrative motion to file this document under seal is hereby GRANTED.

      IT IS SO ORDERED.

Dated: _7/17/06

_____
Saundra Armstrong
United States District Court Judge