IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ICONIX, INC.,

        Plaintiff,

 v.

LANCE TOKUDA, et al.,

        Defendants.

No. C 06-2201 SBA

**ORDER**
[Docket No.s 61, 89]

Having reviewed the papers submitted by the parties and for good cause shown,

IT IS HEREBY ORDERED THAT Defendants' Motion to Enlarge Page Limits on Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction [Docket No. 61] is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiff's Motion to Strike Defendants CD-ROM Tutorial and Excessive Pages [Docket No. 89] is DENIED to the extent that it seeks to strike 18 pages from Defendants' Opposition briefs and GRANTED to the extent that it seeks to strike Defendants' CD-ROM Tutorial, which is Exhibit C to the Declaration of Jia Shen in Opposition to Plaintiff's Motion for Preliminary Injunction. If the Court desires a tutorial, after reviewing the papers submitted in Plaintiff's Motion for Preliminary Injunction, it will schedule one.

IT IS FURTHER ORDERED THAT Plaintiff's request to enlarge the size of its reply brief in support of its Motion for Preliminary Injunction up to 40 pages of text is GRANTED.

//

IT IS SO ORDERED.

Dated: 7/24/06

SAUNDRA BROWN ARMSTRONG
United States District Judge