I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MICHAEL A. APARICIO (STATE BAR NO. 206300)
maparicio@orrick.com
DANIEL J. WEINBERG (STATE BAR NO. 227159)
dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants
LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.


KENNETH A. KUWAYTI (CA BAR NO. 145384)
TIMUR ENGIN (CA BAR NO. 229944)
SUSAN VASTANO VAUGHAN (CA BAR NO. 223576)
kkuwayti@mofo.com
MORRISON & FOERSTER LLP
744 Page Mill Rd.
Palo Alto CA 94304-1018
Telephone:    650-813-5600
Facsimile:    650-494-0792

Attorneys for Plaintiff/Cross-defendant
ICONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC., <br><br> Defendants. | Case No.  C06-02201 SBA (JCS) <br><br> **STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2 FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE** <br><br> Dated:    n/a <br> Time:     n/a <br> Judge:    Hon. Saundra Brown Armstrong |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil Local Rule 6-2, Plaintiff Iconix, Inc. and Defendants NetPickle, |
| 3 | Inc., Lance Tokuda and Jia Shen (collectively, "Defendants"), by and through their respective |
| 4 | counsel, hereby stipulate and request the Court to issue an order changing the date of the Case |
| 5 | Management Conference ("CMC") in this action, currently scheduled for September 13, 2006. |
| 6 | The basis for this stipulated request is that a conflict in the schedule of Defendants' lead counsel, |
| 7 | Neel Chatterjee, prevents him from appearing at the originally-scheduled September 13 CMC. |
| 8 | Lead counsel is scheduled to be on a family vacation during the week of September 11-15, 2006. |
| 9 | Plaintiff agrees to moving the CMC by one week either earlier or later than the |
| 10 | current setting, to September 6 or September 20, 2006. Plaintiff does not agree to a continuance |
| 11 | beyond September 20, 2006. |

Dated: August 16, 2006        MORRISON & FOERSTER LLP


_____
Kenneth A. Kuwayti
Attorneys for Plaintiff
ICONIX, INC.

Dated: August 16, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP


_____
Michael A. Aparicio
Attorneys for Defendants
LANCE TOKUDA, JIA SHEN, AND
NETPICKLE, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Case Management conference currently scheduled for September 13, 2006 shall be rescheduled to 3:30 PM September _6_, 2006.

Dated: August _28_, 2006.

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge