1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MICHAEL APARICIO (STATE BAR NO. 206300)
   maparicio@orrick.com
3  DANIEL J. WEINBERG (STATE BAR NO. 227159)
   dweinberg@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendants
   LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.
8

9  KENNETH A KUWAYTI (CA BAR NO. 145384)
   TIMUR ENGIN (CA BAR NO. 229944)
10 SUSAN VASTANO VAUGHAN (CA BAR NO. 223576)
   kkuwayti@mofo.com
11 MORRISON & FOERSTER LLP
   744 Page Mill Rd.
12 Palo Alto CA 94304-1018
   Telephone:    650-813-5600
13 Facsimile:    650-494-0792

14 Attorneys for Plaintiff/Cross-defendant
   ICONIX, INC.
15

16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18                     OAKLAND DIVISION
19

20 ICONIX, INC.,                    | Case No.  C06-02201 SBA (JCS)
21           Plaintiff,             | **ORDER RE SECOND AMENDED COMPLAINT**
22      v.                          |
23 LANCE TOKUDA, JIA SHEN, and      | Judge:    Hon. Saundra Brown Armstrong
24 NETPICKLE, INC.,                 |
25           Defendants.            |

26
27
28
   [PROPOSED] ORDER  RE SECOND AMENDED COMPLAINT
   CASE NO.  C06-02201 SBA

   pa-1094102

# ORDER

Pursuant to the stipulation entered into by the parties filed September 8, 2006, and good cause having been shown, IT IS HEREBY ORDERED that:

1. Iconix be permitted to file its proposed Second Amended Complaint;

2. On September 19, 2006, Defendants shall file a motion to dismiss or otherwise respond to the Second Amended Complaint;

3. On October 3, 2006, Iconix shall file its opposition to Defendants' motion to dismiss;

4. On October 10, 2006, Defendants shall file their reply to Defendants' motion to dismiss;

5. Defendants' motion to dismiss be scheduled for hearing on October 31, 2006, 1:00 p.m.; and

6. Defendants shall not be required to file a response to Iconix's First Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/11/06

By: *Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Court Judge