1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  MICHAEL APARICIO (STATE BAR NO. 206300)
   maparicio@orrick.com
3  DANIEL J. WEINBERG (STATE BAR NO. 227159)
   dweinberg@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:     650-614-7401

7  Attorneys for Defendants
   LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 | ICONIX, INC., | Case No.  C06-02201 SBA (JCS) |
14 | Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL L.R. 79-5(b)** |
15 | v. | |
16 | LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC., | |
17 | Defendants. | Judge:    Hon. Saundra Brown Armstrong |

US_WEST:260074289.1

[PROPOSED] ORDER SEALING DOCUMENTS
PURSUANT TO LOCAL RULE 79-5(d)

1   This matter came before the Court on the Administrative Motion of Defendants Lance
2   Tokuda, Jia Shen, and NetPickle, Inc. ("Defendants").  Defendants moved, pursuant to Civil
3   Local Rule 79-5(b), for an Order Sealing portions Defendants' Objections to New Evidence and
4   Argument in Iconix's Reply Memorandum in support of its Motion for Preliminary Injunction.
5   Having considered the pleadings and papers on file, the Court HEREBY ORDERS that the
6   motion is GRANTED, as follows:

7   1.   The confidential version of Defendants' Objections to New Evidence and
8   Argument in Iconix's Reply Memorandum in support of its Motion for Preliminary Injunction
9   shall be filed under seal; and

10   2.   Only the Court and court personnel may inspect the records sealed by this Order.
11   **IT IS SO ORDERED.**

Dated: 9/20/06

_____
THE HONORABLE SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE