KENNETH A. KUWAYTI (CA SBN 145384)
SUSAN VASTANO VAUGHAN (CA SBN 223576)
DAN WAN (CA SBN 238416)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
ICONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>LANCE TOKUDA, JIA SHEN,<br>NETPICKLE, INC.,<br><br>                    Defendants. | Case No.   C-06-02201 SBA (JCS)<br><br>**ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL DOCUMENTS RELATED TO JOINT LETTER BRIEF TO MAGISTRATE JUDGE JOSEPH C. SPERO** |

1   Plaintiff Iconix, Inc. ("Iconix") hereby lodges the following documents provisionally under seal pursuant to Civil Local Rule 79-5(d):

1. A confidential version of the November 6, 2006 joint letter brief to Magistrate Judge Joseph C. Spero ("Joint Letter Brief").

2. Exhibit 4 attached thereto.

Defendants have designated certain material cited in the Joint Letter Brief and exhibit 4 attached thereto as confidential. A confidential, unredacted version of the Joint Letter Brief as well as a copy of Exhibit 4 are attached hereto to be provisionally lodged under seal. A public, redacted version of the Joint Letter Brief will be e-filed in this matter today, November 6, 2006. Notice has hereby been provided to Defendants that, pursuant to Civil Local Rule 79-5(d), Defendants must file a declaration supporting the sealability of these documents and a proposed sealing order in order that sealing may be completed.

Dated: November 6, 2006                     MORRISON & FOERSTER LLP

By: /s/ KENNETH A. KUWAYTI
    Kenneth A. Kuwayti
    Attorneys for Plaintiff ICONIX, INC.

Dated: November 7, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL DOCUMENTS
CASE NO. C-06-02201-SBA (JCS)
pa-1108652

1