UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCE TOKUDA, JIA SHEN, NETPICKLE, INC.,<br><br>    Defendants. | Case No.   4:06-cv-02201-SBA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND DENYING PLAINTIFF'S OBJECTIONS TO REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

This matter comes before the Court on Defendants Lance Tokuda, Jia Shen, and netPickle, Inc.'s Motion to Dismiss Second Amended Complaint, filed on September 19, 2006, and Plaintiff Iconix, Inc.'s Objections to Reply Brief in Support of Defendants' Motion to Dismiss, filed on October 18, 2006.  Defendants' Motion to Dismiss seeks dismissal of the second, sixth, seventh, eighth, ninth and tenth claims for relief in Iconix's Second Amended Complaint, and also seeks to dismiss the third claim for relief against Defendants Shen and netPickle only.

Having carefully considered the briefs of the parties and the arguments heard at the hearing held on October 31, 2006, the Court issues the following orders:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the third, sixth, seventh, ninth, and tenth claims for relief pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted, is DENIED.

[Proposed] Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and Denying Plaintiff's Objections to Reply Brief
Case No.  4:06-cv-02201-SBA
pa- 1109414

1

1    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the second claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted, is GRANTED WITHOUT LEAVE TO AMEND.

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the eighth claim for relief (for a constructive trust) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted is GRANTED without leave to amend; provided, however, that Iconix may, within 10 days of the date this Order is entered, file an amended complaint that includes any additional allegations that may be necessary to support Plaintiff's request for a constructive trust as a remedy, rather than as an independent claim for relief.

    IT IS HEREBY ORDERED that, pursuant to Defendants' stipulation made in their moving papers and confirmed at the hearing on October 31, 2006, Defendants' sixth counterclaim for relief (for constructive trust) be dismissed without leave to amend; provided, however, that Defendants may, within 10 days of the date this Order is entered, file amended counterclaims that include any additional allegations that may be necessary to support Defendants' request for a constructive trust as a remedy, rather than as an independent claim for relief.

    IT IS HEREBY ORDERED that Plaintiff's Objections to Reply Brief in Support of Defendants' Motion to Dismiss are DENIED.

    IT IS SO ORDERED.

    Dated:  11/9/06

                                                    _____
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

[Proposed] Order Granting in Part and Denying in Part Defendants' Motion to Dismiss and Denying Plaintiff's Objections to Reply Brief
Case No.  4:06-cv-02201-SBA
pa- 1109414

2