I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MICHAEL A. APARICIO (STATE BAR NO. 206300)
maparicio@orrick.com
DANIEL J. WEINBERG (STATE BAR NO. 227159)
dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Defendants
LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.

KENNETH A. KUWAYTI (CA BAR NO. 145384)
ERIC S. WALTERS (CA BAR NO. 151933)
kkuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Rd.
Palo Alto CA 94304-1018
Telephone:    650-813-5600
Facsimile:     650-494-0792

Attorneys for Plaintiff/Cross-defendant
ICONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC.,<br><br>                    Defendants. | Case No.  C06-02201 SBA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING NOVEMBER 20, 2006 MINUTE ORDER RE BRIEFING ON PRIVILEGE ISSUES** |

STIPULATION AND [PROPOSED] ORDER MODIFYING 11/20/06 MINUTE ORDER RE BRIEFING ON PRIVILEGE ISSUES
CASE NO.  C06-02201 SBA (JCS)

pa-1122388

**STIPULATION**

Pursuant to Judge Spero's November 20, 2006 Civil Minute Order ("November 20 Order") , the undersigned parties to this stipulation ("Parties") were scheduled to file joint letter briefs on certain privilege issues on January 5, 2007.

As a result of settlement discussions, and to avoid unnecessary burdens on the Parties and the Court, the Parties have stipulated to and request the Court to issue an order modifying the November 20 Order by extending the deadline for filing the joint letter briefs by one week, to January 12, 2007.

| | |
|---|---|
| IT IS SO STIPULATED. | MORRISON & FOERSTER LLP |
| Dated: January 5, 2007 | |
| | /s/ Eric S. Walters /s/ |
| | Eric S. Walters |
| | Attorneys for Plaintiff |
| | ICONIX, INC. |
| Dated: January 5, 2007 | LAW OFFICES OF MARK MARTEL |
| | /s/ Mark Martel /s/ |
| | Mark Martel |
| | Attorney for Plaintiff |
| | ICONIX, INC. |
| Dated: January 5, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | /s/ I. Neel Chatterjee /s/ |
| | I. Neel Chatterjee |
| | Attorneys for Defendants |
| | LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC. |

STIPULATION AND [PROPOSED] ORDER MODIFYING 11/20/06 MINUTE ORDER RE BRIEFING ON PRIVILEGE ISSUES
CASE NO.  C06-02201 SBA (JCS)
pa-1122388

2

Dated: January 5, 2007                                WILSON SONSINI GOODRICH & ROSATI

/s/ Tait Graves /s/
Tait Graves
Attorneys for Third Parties
LIGHTSPEED VENTURE PARTNERS, LIGHTSPEED VENTURE PARTNERS VII, L.P., LIGHTSPEED GENERAL PARTNER VII, LLC, SEQUOIA CAPITAL OPERATIONS, LLC, SC XI MANAGEMENT, LLC AND SC HOLDINGS XII, LLC

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated:  January 8        , 2007.

_____
Hon. Joseph C. Spero
United States Magistrate Judge

**ATTESTATION**

I, Eric S. Walters, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying November 20, 2006 Minute Order Re Briefing on Privilege Issues.

Pursuant to General Order 45.X.B., I hereby attest that I. Neel Chatterjee of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Lance Tokuda, Jia Shen, and Netpickle, Inc., Mark Martel, counsel for Plaintiff Iconix, Inc., and Tait Graves, counsel for Third Parties Lightspeed Venture Partners, Lightspeed Venture Partners VII, L.P., Lightspeed General Partner VII, LLC, Sequoia Capital Operations, LLC, SC XI Management, LLC and SC Holdings XII, LLC, have concurred in this filing.

Dated: January 5, 2007

/s/ Eric S. Walters /s/
Eric S. Walters

STIPULATION AND [PROPOSED] ORDER MODIFYING 11/20/06 MINUTE ORDER RE BRIEFING ON PRIVILEGE ISSUES
CASE NO. C06-02201 SBA (JCS)
pa-1122388

3