| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | MICHAEL APARICIO (STATE BAR NO. 206300) |
|   | maparicio@orrick.com |
| 3 | DANIEL J. WEINBERG (STATE BAR NO. 227159) |
|   | dweinberg@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA 94025 |
|   | Telephone:  650-614-7400 |
| 6 | Facsimile:   650-614-7401 |
| 7 | Attorneys for Defendants |
|   | LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC. |
| 8 | |
| 9 | KENNETH A. KUWAYTI (CA BAR NO. 145384) |
|   | ERIC S. WALTERS (CA BAR NO. 151933) |
| 10 | kkuwayti@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 11 | 744 Page Mill Rd. |
|   | Palo Alto CA 94304-1018 |
| 12 | Telephone:  650-813-5600 |
|   | Facsimile:   650-494-0792 |
| 13 | |
| 14 | Attorneys for Plaintiff/Cross-defendant |
|   | ICONIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ICONIX, INC., | | Case No. C06-02201 SBA (JCS) |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING CONDITIONAL DISMISSAL** |
| | v. | |
| LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC., | | |
| | Defendants. | |

OHS West:260155312.1

STIPULATION & [PROPOSED] ORDER GRANTING
CONDITIONAL DISMISSAL
C06-02201 SBA

1    WHEREAS, on November 17, 2006, Plaintiff Iconix, Inc. ("Iconix") and Defendants netPickle, Inc., Lance Tokuda and Jia Shen (collectively, "Defendants") reached a settlement agreement (the "Settlement Agreement") which cannot be fully performed until 100 days from the filing of this stipulation;

WHEREAS, the parties wish to dismiss the action upon the completion of that 100 day period, conditioned upon the prior satisfaction of all conditions which need to be satisfied under the Settlement Agreement within the 100 day period;

NOW, THEREFORE,

1. Pursuant to the terms set forth below, the parties stipulate to conditionally dismiss all of the claims and counterclaims in this action one hundred days from the entry of this Order.

2. This dismissal is subject to the satisfaction in full of all conditions which need be satisfied within 100 days set forth in the parties' Settlement Agreement as conditions precedent to the dismissal.

3. During this 100 day period and while this conditional dismissal is in effect, all matters currently before the Court in this action shall be taken off calendar, all dates set by the Court are vacated, and neither party shall pursue discovery or file motions in this action unrelated to this stipulation.

4. Once the 100 day period has passed and the conditions precedent identified in paragraph 2 above have been satisfied either party may so inform the Court, and this conditional dismissal shall become a final dismissal with prejudice of all claims and counterclaims pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

///

///

| | | |
|---|---|---|
| Dated: January 9, 2007 | | MORRISON & FOERSTER LLP |

/s/ Kenneth A. Kuwayti /s/
Kenneth A. Kuwayti
Attorneys for Plaintiff
ICONIX, INC.

Dated: January 9, 2007    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee
Attorneys for Defendants
LANCE TOKUDA, JIA SHEN, AND
NETPICKLE, INC.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 9, 2007    Respectfully submitted,

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: January 10, 2007

*Saundra B. Armstrong*
United States District Judge