I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MICHAEL A. APARICIO (STATE BAR NO. 206300)
maparicio@orrick.com
DANIEL J. WEINBERG (STATE BAR NO. 227159)
dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
LANCE TOKUDA, JIA SHEN, AND NETPICKLE, INC.


KENNETH A. KUWAYTI (CA BAR NO. 145384)
kkuwayti@mofo.com
ERIC S. WALTERS (CA BAR NO. 151933)
ewalters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Rd.
Palo Alto CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Plaintiff/Cross-defendant
ICONIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICONIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANCE TOKUDA, JIA SHEN, and NETPICKLE, INC., <br><br> Defendants. | Case No. C06-02201 SBA (JCS) <br><br> **STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
CASE NO. C06-02201 SBA (JCS)

pa-1184089

| | |
|---|---|
| 1 | WHEREAS, on November 17, 2006, Plaintiff Iconix, Inc. ("Iconix") and Defendants netPickle, Inc., Lance Tokuda, and Jia Shen (collectively, "Defendants") reached a settlement agreement (the "Settlement Agreement"); |

WHEREAS, on November 17, 2006, Plaintiff Iconix, Inc. ("Iconix") and Defendants netPickle, Inc., Lance Tokuda, and Jia Shen (collectively, "Defendants") reached a settlement agreement (the "Settlement Agreement");

WHEREAS, on January 9, 2007, the parties stipulated to conditionally dismiss all of the claims and counterclaims in this action subject to the satisfaction in full of all conditions set forth in the Settlement Agreement within a 100 day period;

WHEREAS, after the 100 day period has passed, and the conditions set forth in the Settlement Agreement have been satisfied, either party may so inform the Court, and this conditional dismissal shall become a final dismissal with prejudice;

WHEREAS, on January 9, 2007, Iconix's Chief Executive Officer executed on behalf of Iconix an Acknowledgement in connection with the Settlement Agreement;

NOW, although the parties disagree as to whether the conditions set forth in the Settlement Agreement have been fully satisfied, the parties wish that this conditional dismissal shall become a final dismissal with prejudice of all claims and counterclaims.

IT IS HEREBY STIPULATED by and between Iconix and Defendants through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorney's fees.

Dated: July 30, 2007         MORRISON & FOERSTER LLP


                             /s/ KENNETH A KUWAYTI
                             ───────────────────────────
                             Kenneth A. Kuwayti
                             Attorneys for Plaintiff
                             ICONIX, INC.

| | | |
|---|---|---|
| 1 | Dated: July 30, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | /s/ I. NEEL CHATTERJEE |
| | | I. Neel Chatterjee |
| 4 | | Attorneys for Defendants |
| | | LANCE TOKUDA, JIA SHEN, AND |
| 5 | | NETPICKLE, INC. |

I, KENNETH A. KUWAYTI, am the ECF User whose ID and password are being used to file this **Stipulation of Dismissal**. In compliance with General Order 45, X.B., I hereby attest that I Neel Chatterjee has concurred in this filing.

| | | |
|---|---|---|
| Dated: July 30, 2007 | | MORRISON & FOERSTER LLP |
| | | /s/ KENNETH A KUWAYTI |
| | | Kenneth A. Kuwayti |
| | | Attorneys for Plaintiff |
| | | ICONIX, INC. |